UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRICK JENNINGS,<br><br>                      Plaintiff,<br>  v.<br><br>PAT GLEBE, et al.,<br><br>                     Defendants. | No. C09-5747 RBL/KLS<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND MARSHAL FORMS |

      This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. §636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 3. However, Plaintiff has not provided service forms and summonses or services copies of his complaint, so that service of his civil rights complaint may be completed. Therefore, Plaintiff is directed to submit to the court copies of his complaint for each named defendant and to fill out service forms with complete addresses for the named defendants, so that the Court may direct the United States Marshal to serve Plaintiff's civil rights complaint upon the named defendants.

      Accordingly, it is **ORDERED**:

ORDER - 1

(1) The Clerk of the Court is directed to send service forms to Plaintiff;

(2) Plaintiff is directed to fill out the forms with complete addresses for the named Defendants and return the forms with service copies of the Amended Complaint so that the U.S. Marshal may attempt service by mail upon the named Defendants. These documents must be returned on or before **January 29, 2010**, or the Court will recommend dismissal of this action for failure to prosecute.

**DATED** this  8th  day of January, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2