# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DARRICK JENNINGS,<br><br>        Plaintiff,<br><br> v.<br><br>PAT GLEBE, et al.,<br><br>        Defendants. | No. C09-5747 RBL/KLS<br><br>ORDER TO SHOW CAUSE |

  This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 3. Plaintiff did not provide service forms and summonses or services copies of his complaint, so that service of his civil rights complaint may be completed. Therefore, on January 11, 2010, the court ordered Plaintiff to submit to the court copies of his complaint for each named defendant and to fill out service forms with complete addresses for the named defendants, so that the Court may direct the United States Marshal to serve Plaintiff's civil rights complaint upon the named defendants. Dkt. 5. Plaintiff was ordered to submit the necessary copies and forms by January 29, 2010. He has not done so.

ORDER - 1

Accordingly, it is **ORDERED**:

     (1)    Plaintiff shall show cause why he has not complied with the court's Order of January 11, 2010**.** His failure to provide the necessary copies and forms or a sufficient explanation for his failure to do so **on or before March 12, 2010**, the court shall recommend dismissal of this action for failure to prosecute.

     (2)    The Clerk shall send copies of this Order to Plaintiff.

**DATED** this  26th  day of February, 2010.

                                     Karen L. Strombom
                                     United States Magistrate Judge

ORDER - 2