UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DARRICK JENNINGS,<br><br>                Plaintiff,<br><br>  v.<br><br>PAT GLEBE, et al.,<br><br>                Defendants. | No. C09-5747 RBL/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |
|---|---|

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's order to provide service documents; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 16TH day of April, 2010.

                                                /s/ Ronald B. Leighton
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

REPORT AND RECOMMENDATION - 1