# United States District Court

WESTERN DISTRICT OF WASHINGTON

DARRICK JENNINGS,,

        v.

PAT GLEBE, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5747 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the court's order to provide service documents.

| April 16, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk